■ ROCKLAND-ATLAS NATIONAL BANK OF BOSTON, Respondent, v. MILTON J. HELLER, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. Defendants appeal from orders denying their motions to dismiss amended complaints for failure to state facts sufficient to constitute a cause of action or, in the alternative, to require plaintiff to make the amended complaints more definite and certain. Since the appeals pose a question common to both — whether the notes in suit matured before the commencement of the action — we treat them together and in one memorandum. The notes were payable on demand after date and are dated Augr~' 8, 1955. On September 30, 1955, defendants executed a guarantee of "u.. payment in full at any original or extended maturity of any and all indebtedness of Heller-Sperry, Inc. [maker] to said National Bank, its successors and assigns, whether now existing or hereafter contracted or acquired, whether evidenced by notes payable to said National Bank, its successors and assigns * * * and all interest due and becoming due thereon, hereby waiving demand, protest and notice of any default in the payment of said indebtedness or any part thereof, or interest due or becoming due thereon". Under the circumstances, the notes in question, which were payable on demand after date, were due and payable on the day following without any demand (Van Vliet v. Kanter, 139 App. Div. 603). Concur — Botein, J. P., Frank, Valente and McNally, JJ.

■ ROCKLAND-ATLAS NATIONAL BANK OF BOSTON, Respondent, v. ERNEST S. HELLER, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. See memorandum decision in Rockland-Atlas Nat. Bank v. Heller (3 A D 2d 896). Concur — Botein, J. P., Frank, Valente and McNally, JJ.

■ In the Matter of the Appointment of a Committee of the Person and Property of MARY E. COLEMAN, an Alleged Incompetent Person. FRANCIS J. O'NEILL, as Director of the Central Islip-State Hospital, Respondent; JOHN C. COLEMAN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Botein, Rabin and Bergan, JJ.

■ In the Matter of the Estate of CHARLES F. DU BOIS, Deceased. FLORENCE DU BOIS et al., Appellants; HENRY P. MOLLOY, JR., as Executor of CHARLES F. DU BOIS, Deceased, et al., Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondents appearing and filing briefs herein. No opinion. Concur — Breitel, J. P., Botein, Rabin and Bergan, JJ.

■ DOUGLAS F. STORER, Respondent, v. DOUGLAS RIPLEY et al., Appellants, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Botein, Rabin and Bergan, JJ.

■ In the Matter of ANN KARTUB, Appellant. OPTICAL FASHIONS, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Botein, Rabin and Bergan, JJ.

■ BANK MELLI IRAN, Respondent, v. BARKEY IMPORTING CO., INC., Appellant. BARKEY IMPORTING CO., INC., Plaintiff, v. BANK MELLI IRAN et al., Defendants.—Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Breitel, J. P., Botein, Rabin and Bergan, JJ.